UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL A. DEEM,

                Plaintiff,        09 Civ. 1842 (SCR)

    -against-                **STIPULATION OF DISCONTINUANCE AND ORDER**

CHARLENE INDELICATO, *et. al*,

                Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that the action be and the same hereby is discontinued as to all the Defendants, with prejudice and without fees and costs to either side against the other.

DATED: Hawthorne, New York
            May 14, 2010

LOVETT & BELLANTONI, LLP        JACKSON LEWIS, LLP

By: _____        By: _____
Drita Nicaj                                      Joseph A. Saccomano, Jr.
Attorneys for Plaintiff                    Attorneys for all Defendants
37A Saw Mill River Road, Route 9A     One North Broadway
Hawthorne, NY 10532                  White Plains, NY 10601
(914) 347-4500                            (914) 328-0404

SO ORDERED:

_____
Stephen C. Robinson